**Thomas ABSHIRE, Appellant, v. UNITED STATES of America, Appellee.**

No. 7780.

Circuit Court of Appeals, Sixth Circuit.

May 13, 1938.

Henry Lavine, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for the United States.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This case was heard upon the transcript of the record and was argued by counsel, and it appearing to the court that there is no reversible error upon the record, it is ordered and adjudged that the judgment appealed from be and is hereby affirmed.

**Lawrence BONHAM, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 8688.

Circuit Court of Appeals, Fifth Circuit.

June 6, 1938.

J. Raymond Gordon, of Charleston, W. Va., for appellant.

Lawrence S. Camp, U. S. Attorney, and J. Ellis Mundy and Harvey H. Tisinger, Asst. U. S. Attorneys, all of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

**Harold J. BRADT, Appellant, v. KELSEY-HAYES WHEEL CORPORATION, Appellee.**

No. 7479.

Circuit Court of Appeals, Sixth Circuit.

May 9, 1938.

Ralph S. Binns, of Detroit, Mich., for appellant.

Whittemore, Hulbert & Belknap, of Detroit, Mich., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

The decree in this case is affirmed upon the grounds and for the reasons stated in the opinion of the District Judge filed May 1, 1936, 14 F.Supp. 709.

**Gustavo CARILLO v. UNITED STATES of America.**

No. 8827.

Circuit Court of Appeals, Ninth Circuit.

May 16, 1938.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., and Oliver Malm, Asst. U. S. Atty., of Tacoma, Wash.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, and good cause therefor appearing, ordered that the appeal in this cause be dismissed for failure of appellant to file record and docket cause, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.